UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERTO DE LA TORRE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:12-cv-00562-JBA |
| v. | ) | |
| | ) | |
| GBC METALS, LLC | ) | |
| d/b/a SOMERS THIN STRIP, | ) | |
| | ) | |
| Defendant. | ) | July 16, 2012 |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS LAWSUIT WITH PREJUDICE

This action was brought by Plaintiff Roberto De La Torre ("Plaintiff") and asserted violations of the Connecticut Minimum Wage Act and the Fair Labor Standards Act, 29 U.S.C. Section 201 *et seq*. against Defendant GBC Metals, LLC d/b/a Somers Thin Strip ("GBC Metals"). Since the filing of the action, Plaintiff and GBC Metals (collectively the "Parties") engaged in settlement discussions and finalized and memorialized an agreement in a Confidential Settlement Agreement and General Release (the "Settlement Agreement"). As a settlement reached in cases involving claims under the Fair Labor Standards Act must be approved by either the United States Department of Labor or the appropriate United States District Court, the Parties jointly request that this Court grant approval to the agreed-to Settlement Agreement. The Parties represent that the agreement embodied in the Settlement Agreement was reached through good-faith, arms-length negotiation and constitutes a fair and equitable compromise of the Plaintiff's claims in this matter. The Parties further request that the Court dismiss this lawsuit with prejudice.

ME1 13800412v.2

WHEREFORE, the Parties jointly request that this Court grant approval of the Settlement Agreement reached by the Parties and dismiss this lawsuit with prejudice.

Dated: July 16, 2012

RESPECTFULLY SUBMITTED,

By:  /s/ Justin Theriault
Justin E. Theriault (CT 28568)
**Madsen, Prestley & Parenteau, LLC**
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 (phone)
(860) 246-1794 (fax)

**Attorneys for Plaintiff**

By:  /s/ Pamela J. Moore
Pamela J. Moore (CT 08671)
Kelly Burns Gallagher (CT 27845)
**MCCARTER & ENGLISH LLP**
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700 (phone)
(860) 724-3397 (fax)

and

Charles B. Jellinek, phv05378
Christopher M. Blaesing, phv05372
**BRYAN CAVE LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102
(314) 259-2000 (phone)
(314) 259-2020 (fax)

**Attorneys for GBC Metals, LLC d/b/a Somers Thin Strip**

**CERTIFICATION OF SERVICE**

     I hereby certify that on July 16, 2012, a copy of the forgoing was filed electronically and served by mail on all parties unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                         /s/ Pamela J. Moore
                           Pamela J. Moore (ct 08671)